# United States Bankruptcy Court
## District of Nevada

Case No. <u>11–22006–lbr</u>
Chapter 7

In re: (Name of Debtor)
   MATTHEW P MURRAY
   10310 WOOD WORK LANE
   LAS VEGAS, NV 89135

Social Security No.:
   xxx–xx–4640

# FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☐    MATTHEW P MURRAY

IT IS ORDERED THAT WILLIAM A LEONARD is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 11/4/11                                    BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court